E-Filed — JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7611-GHK (AGRx) | Date | January 14 , 2011 |
|---|---|---|---|
| Title | *Luis Joaquin Jacobs, et al. v. American Executive Protection, et al.* | | |

| **Presiding: The Honorable** | GEORGE H. KING, U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re**: Plaintiffs' Motion to Remand; **[20]**

     This matter is before the Court on Plaintiffs' Motion to Remand ("Motion") the above-captioned case to California state court. We have considered the papers filed in support of this Motion, and deem this matter appropriate for resolution without oral argument. L.R. 7-15. Accordingly, we rule as follows.

     Plaintiffs assert that Defendants failed to file their Notice of Removal within thirty days after receipt of the summons. Under 28 U.S.C. § 1446(b), "[t]he notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." Plaintiffs filed the state court docket sheet indicating that the Defendants were all served with a copy of the Complaint on September 3, 2010. The Notice of Removal was filed by Defendant Vallarta Supermarkets on October 12, 2010. Thus, the Notice of Removal was untimely.

     No Opposition has been filed to the Motion. Under Local Rule 7-12, "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Accordingly, we hereby **GRANT** the motion and **REMAND** the above-captioned case to the court from which it was removed.

     **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
|  | Initials of Deputy Clerk | Bea |